# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, D.A. NORKIN, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**SAMANTHA Z. PINKNEY**
**CORPORAL (E-4), U.S. MARINE CORPS**

**NMCCA 201600034**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged**: 8 October 2015.
**Military Judge**: LtCol K.A. Paraella, USMC.
**Convening Authority**: Commanding General, Command Element, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation**: Col K.S. Woodard, USMC.
**For Appellant**: CDR R.D. Evans, JAGC, USN.
**For Appellee**: Brian Keller, Esq.

**31 May 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court